UNITED STATES OF AMERICA, Plaintiff—Appellant,

v.

Robert PREVETT, Defendant—Appellee.

No. 03–10592.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 10, 2004.

Decided Feb. 16, 2005.

John H. Hemann, Esq., Hartley M.K. West, Esq., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellant.

Thomas J. Nolan, Esq., Nolan & Parnes, Palo Alto, CA, for Defendant–Appellee.

Before: FARRIS, D.W. NELSON, and GOULD, Circuit Judges.

### ORDER *

Plaintiff–Appellant's Unopposed Motion to Dismiss, which Defendant–Appellee stipulates to, is GRANTED. The appeal in the above-captioned matter is hereby DISMISSED.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

SO ORDERED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.